UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK EUGENE MCCARTHY,<br>　　　　Plaintiff,<br>　v.<br>NANCY BERRYHILL,<br>　　　　Defendant. | Case No. 18-cv-05705-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Frank Eugene McCarthy filed this case on September 18, 2018. Defendant filed an answer on August 27, 2019. According to the Social Security Procedural Order (Docket No. 4), Plaintiff's motion for summary judgment was due on September 24, 2019. As of the date of this order, nothing has been filed. By October 7, 2019, Plaintiff shall file (1) a letter explaining why he did not file his motion on time, and (2) a copy of his proposed motion (although the court ultimately may decide not to accept the late filed motion). If Plaintiff fails to file these two documents by October 7, 2019, his complaint may be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 30, 2019



_____
Donna M. Ryu
United States Magistrate Judge